1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10

11   SALVADOR SOLIS,                        1:05-cv-00345-LJO-GSA-PC

12              Plaintiff,                  ORDER DENYING MOTION AS MOOT
                                            (Doc. 116.)
13         vs.

14   McKESSON,  et al.,

15              Defendants.

16   _____

17         Salvador Solis ("Plaintiff") is a state prisoner proceeding pro se with this civil rights

18   action pursuant to 42 U.S.C. § 1983.  On September 7, 2010, summary judgment was entered

19   against Plaintiff in this case and judgment was entered.  (Docs. 102, 103.)

20         On June 24, 2013, Plaintiff filed a motion for summary judgment.  (Doc. 116.)  In light

21   of the fact that this case was closed by the district court on September 7, 2010, IT IS HEREBY

22   ORDERED that Plaintiff's motion is DENIED as moot.

23

24

25

26   IT IS SO ORDERED.

27      Dated:   **September 25, 2013**            **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE
28