UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN RAY CARTER, JR., <br><br> Plaintiff, <br><br> v. <br><br> EMMANUEL JEAN PIERRE, <br><br> Defendant. | Case No.: 1:11-CV-01135-MJS (PC) <br><br> **ORDER DISMISSING ACTION** <br><br> **(ECF No. 47)** |

Plaintiff Ivan Ray Carter, Jr. ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On June 10, 2014, Plaintiff and Defendant Pierre filed a stipulation for voluntary dismissal of the action, with prejudice. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of the Court is HEREBY DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   June 10, 2014                     /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE